# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

U.S. BANK, N.A.,

    Plaintiff,

vs.                             CASE NO. 8:14-CIV-1818-T-EAK-AEP

NIKOLAY DIMITROV and LUDA DIMITROV,

    Defendant.

_____/

## ORDER GRANTING MOTION TO REMAND

    This cause is before the Court on the Plaintiff's motion to remand (Doc. 16). Although the Court gave the Defendants up to and including February 13, 2015, to show cause why the motion should no be granted. The Defendants have failed to respond to the motion or to the Court's order. The Plaintiff seeks remand to the Circuit Court of the Twelfth Judicial Circuit in and for Manatee County, Florida to proceed with the Plaintiff's foreclosure action against the Defendants. The Court has considered the motion to remand and finds that it is well-taken and it is cited herein with approval. Accordingly, it is

**ORDERED** that be motion to remand (Doc. 16) **granted** and the Clerk of Court is directed to remand this case to the Twelfth Judicial Circuit in and or Manatee County, Florida, to close this case and to terminate any pending motions.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 18th day of February, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record